UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEIDA PAULA MALDONADO, )
         Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:17-CV-458-FL
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on February 21, 2019, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk, Jr. (via CM/ECF Notice of Electronic Filing)

February 21, 2019                              PETER A. MOORE, JR. CLERK
                                                    /s/ Susan W. Tripp
                                                    (By) Susan W. Tripp, Deputy Clerk